# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN HAROLD MCCULLOUGH,
Appellant,

vs.

ISIDRO BACA, WARDEN; AND THE
STATE OF NEVADA,
Respondents.

No. 79278

FILED

AUG 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ____S.Young____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported June 17, 2019, district court order denying a postconviction petition for writ of habeas corpus. Eleventh Judicial District Court, Pershing County; Steven R. Kosach, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on July 11, 2019. Rather, on June 17, 2019, the district court appointed counsel to represent appellant in the habeas corpus proceedings. Thus, this appeal is premature. *See* NRS 177.015(3). Accordingly, this court

ORDERS this appeal DISMISSED.

_____ *Pickering*, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Chief Judge, The Eleventh Judicial District Court
Hon. Steven R. Kosach, Senior Judge
John Harold McCullough
Attorney General/Carson City
Pershing County District Attorney
Pershing County Clerk
Scott W. Edwards

SUPREME COURT
OF
NEVADA

(O) 1947A